

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

### Civil Division

| | | |
|---|---|---|
| **MARCIA LORRAINE MADDEN** | ) | |
| **142 Michigan Ave NE 411** | ) | |
| **Washington, DC 20017-1024** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 0002077-12** |
| **v.** | ) | |
| | ) | |
| **THE DISTRICT OF COLUMBIA** | ) | |
| **VETERANS MEDICAL CENTER, ET AL.** | ) | |
| **50 Irving Ave NW** | ) | |
| **Washington DC 20017-1024** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

### NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION

TO.  MARCIA LORRAINE MADDEN
142 Michigan Ave., NE #411
Washington, DC 20017-1024

and

ALL DEFENDANTS NAMED IN THE COMPLAINT

**PLEASE TAKE NOTICE THAT ON** April 17, 2012, the District of Columbia

Veterans Medical Center, Orlando Veterans Medical Center, Atlanta Veterans Medical Center,

New York Harbor Health Care System (Brooklyn Veterans Medical Center), and California VA

Regional Office (together "Department of Veterans Affairs"), the New York District EEOC

Office and Atlanta District EEOC Office (together "United States Equal Employment

Opportunity Commission"), Mountain Home Air Force Base Hospital and MEO Office ("U.S

Air Force"), the U.S. Department of Commerce, the U.S. Department of Transportation, the U.S. Department of Energy, and the U.S. Department of Housing and Urban Development, (all together "Federal Defendants"), filed with the Clerk of the United States District for the District of Columbia, a Notice of Removal of Plaintiff's complaint in the above-referenced civil action, pending in the Superior Court of the District of Columbia. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

April 17, 2012

Respectfully submitted,

RONALD C. MACHEN JR., DC Bar #447889
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, DC Bar #924092
Acting Chief, Civil Division

By:  ___/s/_____

J. GREGORY LENNON
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530
202-353-4024
greg.lennon@usdoj.gov

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of April, 2012 I caused service of the

following: Notice of Filing of Notice of Removal of Civil Action and Notice of Removal of Civil

Action, to be made on Plaintiff and other parties as indicated below:

                                           /s/

                                           J. GREGORY LENNON
                                           Special Assistant United States Attorney

**Plaintiff:**

Marcia Lorraine Madden
142 Michigan Ave., NE 411
Washington, DC 20017-1024

**Defendants:**

1. U.S. Department of Veterans Affairs
Office of the General Counsel
810 Vermont Ave., NW
Washington, DC 20420
CODE 021B

2. Primary and Extended Care Center - Queens
179th Street and Linden Blvd.
St. Alban's, NY 11425

3. New York State Division of Human Rights at Syracuse
One Fordham Road
Bronx, NY 10458

4. U.S. Equal Employment Opportunity Commission
Office of the General Counsel
131 M St., NE
Washington, DC 20507-0001

5. U.S. Department of the Air Force
Chief, General Litigation Division
HQ Air Force Legal Operations Agency
1500 West Perimeter Road, Ste 1370

Joint Base Andrews, MD 20762

6. Grady Health System
80 Jesse Hill Dr.
Atlanta, GA 30303

7 Atlanta Medical Center (Tenet Health)
303 Parkway Dr., NE
Atlanta, GA 30312

8. Nurse Finders (Emory University Hospital)
2221 Peachtree Rd., NE
Atlanta, GA 30302

9. Supplemental Healthcare (North Fulton Hospital/Northeast Georgia Medical Center)
4243 Dunwoody Club Dr.
Atlanta, GA 30350

10. Northside Hospital
1000 Johnson Ferry Rd.
Atlanta, GA 30342

11. Georgia Department of Labor
2211 Beaver Ruin Rd.
Norcross, GA 30071

12. Saisson Inc./Alpha Nursing Services
777 Cleveland Ave., SW #301
Atlanta, GA 30315

13. Laurel Baye Healthcare of Lake Lanier
2451 Peachtree Industrial Blvd.
Buford, GA 30518

14. Emory Children's Clinic and Elaine Clark Center
1961 N. Druid Hills Rd.
Atlanta, GA 30329

15. Duluth Medical Services/Georgia Regional Hospital
3883 Rogers Bridge Rd.
Duluth, GA 30096

and

3498 Rogers Bridge Rd.
Duluth, GA 30096

16. Joan Glancey Memorial Hospital
c/o Kim H. Sperduto
1133 20th Street, NW
Washington, DC 20036
**Attorney for Defendant**

17. Georgia Regional Hospital - Acute Care
3073 Panthersville Rd.
Decatur, GA 30034

18. Pediatric Services of America
350 Technology Parkway
Norcross, GA 30092

19.Queens Hospital Center (New York Health System and Hospital Corporations)
82-68 164th St.
Jamaica, NY 11432

20. SUNY Health Science Center at Syracuse
750 E. Adams St.
Syracuse, NY 13210

21. Crouse Irving Memorial Hospital
736 Irving Ave.
Syracuse, NY 13210

22. Community General Hospital
4900 Boad Rd.
Syracuse, NY 13215

23. Benjamin Rush Center
650 South Salina St.
Syracuse, NY 13202

24. Lakeside Behavioral Health Care - Mental Health
c/o David B. Stratton
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Ave., NW
Suite 600
Washington, DC 20036-4117
**Attorney for Defendant**

25. St. John's Episcopal Hospital, South Shore
c/o Robert W. Goodson
Wilson Elser Moskowitz Edelman & Dicker, L.L.P.
700 11th St., NW
Suite 400
Washington, DC 20001
**Attorney for Defendant**

26. Gwinnett County Police Department and Gwinnett County Detention Center and
    Sheriff's Admin
c/o Victoria M. Shearer
Karpinski, Colaresi & Karp, P.A.
Sun Trust Building
120 E. Baltimore St.
Suite 1850
Baltimore, MD 21202
**Attorney for Defendants**

27. Fulton County (Criminal Warrants Division)
160 Pryor St., SW ste. J135
Atlanta. GA 30303

and

185 Central Ave.
Atlanta, GA 30303

28. Fulton County Jail
901 Rice St.
Atlanta, GA 30318

29. Orange County Courthouse
425 N. Orange Ave.
Orlando, FL 32801

30. U.S. Department of Commerce
Office of the General Counsel
14th and Constitution Avenue, N.W., Room 5870
Washington, D.C. 20230

31. U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Ave., SE

Washington, DC 20590

32. Hollywood Movers
2211 Van Buren Street
Hollywood, FL 33020

33. U.S. Department of Energy
Office of the General Counsel
1000 Independence Ave., SW
Washington, DC 20585

34. U.S. Department of Housing and Urban Development
Office of the General Counsel
U.S. Department of Housing and Urban Development
451 7th Street, SW, Room 10110
Washington, D.C. 20410

35. Presidential Towers/Beverly Hills Properties
3100 West 3rd St., #331
Los Angeles, CA 90029

36. Diamond Management Group, Inc.
7205 Hollywood Blvd. # 204
Los Angeles, CA 90046

37. Bernstein Management Corporation
1300 Massachusetts Ave. #607
Washington, DC 90005



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA CORDAIN MADISON
_____Plaintiff(s)_____

v.

Case No. 2012 CA 2077

THE DEPARTMENT OF COMMERCE, et al.
_____Defendant(s)_____

## NOTICE

To (insert name and address of the party to be served):

THE DEPARTMENT OF
COMMERCE
1615 H STREET, N.W.
WASHINGTON DC 20062

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 4 2012

_____
Signature

April 4, 2012
_____
Date of Signature

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____        _____        _____
Signature                      Relationship to Defendant/Authority   Date of Signature
                               to Receive Service

Para pedir una traducción, llame al (202) 879-4828
Để có bản bài dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828
የአማርኛ ተርጓሚ ለማግኘት ይደውሉ (202) 879-4828 ያስፈልጋ·

Veuillez
번역

Case: 2012 CA 002077 M




# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE
MADDEN *Plaintiff(s)*

v.

Case No: **0002077-12**

THE DISTRICT OF COLUMBIA VETERANS
MEDICAL *Defendant(s)*
CENTER, et al.

## NOTICE

To (insert name and address of the party to be served):

THE DEPARTMENT OF
COMMERCE
1401 H STREET, N.W.
WASHINGTON, D.C. 20006 ?

    The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

    You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

    If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

    If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): _____.

_____
*Signature*

_____
*Date of Signature*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

    I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____    _____   _____
*Signature*        *Relationship to Defendant/Authority*   *Date of Signature*
                            *to Receive Service*

Para pedir una traduccion, llame al (202) 879-4828    如需翻譯,請打電話 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828    የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ።    번역을 원하시면 (202) 879-4828 로 전화주십시오





# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN

Vs.                                                  C.A. No.        2012 CA 002077 M

THE DISTRICT OF COLUMBIA VETERANS MEDICAL CENTER
## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge MICHAEL L RANKIN
Date:  March 2, 2012
Initial Conference: 9:00 am, Friday, June 01, 2012
Location:  Courtroom 517
            500 Indiana Avenue N.W.
            WASHINGTON, DC  20001

Caio.doc

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

_MARCIA LORRAINE MADDEN_
Plaintiff

vs.

37 _The Department of Commerce_
Defendant

Case Number ___0002075-12___

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_MARCIA LORRAINE MADDEN_ / PRO SE
Name of Plaintiff's Attorney

_142 Michigan Ave NE u11_
Address

_Washington DC 20017-1024_

_(202) 518-0157 / (202) 705-6630_
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Dề có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
142 Michigan Ave NE #11
Washington, DC 20017-1024 **Plaintiff**

vs.

CIVIL ACTION NO. 0002077-12

THE UNITED STATES FOR
THE DISTRICT OF COLUMBIA
Veterans Medical Center et. al.
50 Irving Ave NW **Defendants**
Washington DC 20017-1024

RECEIVED
Civil Clerk's Office
MAR 02 2012
Superior Court of the
District of Columbia
Washington, D.C.

## COMPLAINT

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

COMPLAINT: ABUSES/ASSAULTS; INJUSTICES/REPRISALS;
EMPLOYMENT DISCRIMINATIONS AND TERMINATIONS; SLANDER
AND LIBEL; DEFAMATIONS; INVASION OF PRIVACY; MALPRACTICE;
FALSE IMPRISONMENTS; INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS.
CLAIM FOR DAMAGES, INJURIES, Others} FEBRUARY 29, 2012

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 37,000,000.**
**with interest and costs.**

202-518-0157/202-705-6630
**Phone:**

DISTRICT OF COLUMBIA, SS

Marcia Lorraine Madden **, being first duly sworn on oath deposes and says that the**
**foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all**
**set-off and just grounds of defense.**

Marcia Lorraine Madden
(Plaintiff)                                                    Agent)

**Subscribed and sworn to before me this** ___ **day of** ___ **20 12.**

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

# Superior Court of the District of Columbia

## "Certificate of Service"

### Defendants

1. District of Columbia Veterans Medical Center
   50 Irving Street NW, Washington D.C. 20422.

2. Orlando Veterans Medical Center
   5201 Raymond Street, Orlando FL 32803.

3. Atlanta Veterans Medical Center
   1670 Clairmont Road, Decatur GA 30033.

4. Primary & Extended Care Center - Queens
   179th Street & Linden Blvd, St. Alban's N.Y. 11425.

5. ~~NHHS~~ New York Harbor Healthcare System @ Brooklyn
   Veterans Medical Center
   800 Poly Place, Brooklyn NY 11209

6. California *Veterans* VA Regional Office, Medical Center,
   & *Housing — VASH
   1100 Wilshire Blvd Los Angeles, CA 90024

* 7. New York State Division of Human Rights. @ Syracuse
   One Fordham Road, Bronx, NY 10458

8. New York District EEOC office

8) New York District EEOC office
33 Whitehall St. New York, NY 10004

9) Atlanta District EEOC office
100 Alabama Ave. Atlanta GA 30303.

10) Mountain Home Air Force Base Hospital & MEO office
90 Hope Drive, Mountain Home Idaho 83648

11) Grady Health System (Grady Memorial Hospital)
Human Resources Division / Legal Dept / Security Dept.
80 Jesse Hill ~~Jr~~ Drive, Atlanta Georgia 30303

12) Atlanta Medical **Center** (Tenet Health)
303 Parkway Drive, NE Atlanta, GA 30312

13) Nursefinders (EMORY UNIVERITY HOSPITAL (employee) 2221 Peachtree Rd NE, Atlanta GA 30309

14) Supplemental Healthcare (North Fulton Hospital)
(Northeast Georgia Medical Center)
4243 Dunwoody GA 30350

15) Northside Hospital
1000 Johnson Ferry Rd Atlanta GA 30342

16) Georgia Department of Labor
2211 Beaver Ruin Road Norcross GA 30…

17) Jaijbson Inc / Alpha Nursing Services.
4747 Cleveland Ave. Atlanta GA 3…

19) Laurel Baye HealthCare of Lake Lanier
2451 Peachtree Industrial Blvd, Buford GA 30518.

20) ALL Medical Personnel (Emory Children's Clinic
and Elaine Clark Center).

1961 N. Druid Hills Road

, Georgia

21) Duluth Medical Services / Georgia Regional Hospital
3883 Rogers Bridge Road, Duluth, GA 30096, *(Employee
3498 Rogers Bridge Road, Duluth, GA 30096.

22) Joan Glancey Memorial Hospital (ER Patient
3215 Mclure Bridge Road, Duluth, GA 30097)

23) Georgia Regional Hospital - Acute Care/NH (ER Patient
3073 Panthersville Road, Decatur, GA 30034

24) Pediatric Services of America
350 Technology Parkway, Norcross, GA 30092.

# Superior Court of the District of Columbia

25) Queens Hospital Center (New York Health System & Hospital Corporations).
82-68 164th Street. Jamaica Ave., NY 11432

26) SUNY Health Science Center At Syracuse
750. E. Adams Street, Syracuse, NY 13210.

27) Crouse ~~Irving~~ Memorial Hospital
736 Irving Ave., Syracuse NY 13210

28) Community General Hospital
4900 Broad Road, Syracuse, NY 13215

29) Benjamin Rush Center
650 South ~~Salina~~ St. Syracuse NY 1320

30) Lakeside Behavioral Health Care ~~Mental Health~~
1800 Mercy Dr., Orlando FL 32808

31) St. John's Episcopal Hospital, South Shore
327 Beach 19th Street. Far Rockaway, NY 11691

32) GWINNETT COUNTY POLICE DEPARTMENT
~~3215~~ 3125 Satellite Blvd, Duluth GA 30096

34) Fulton County Criminal Warrants & Magistrate Court
160 Pryor Street St Atlanta GA 3???
185 Central Avenue, Atlanta GA 30303

35) Fulton County Jail
901 Rice St. Atlanta, GA 30318

36) Orange County Courthouse
425 N. Orange Ave., Orlando FL 32801

37) The Department of Commerce
1615 H St. SE. NW. Washington DC 20062

38) The Department of Transportation
1200 New Jersey Ave, SE Wash, DC. 20590.

39) Hollywood Movers
Hollywood Florida (OR) Fort Lauderdale
MOVING COMPANY. [* ADDRESS UNKNOWN]

40) California Bus and Taxi Services.
See Dept of Transportation

41) District of Columbia Bus and Taxi
Services. ∟See Dept. of Transportation

42) The Department of Energy (California &
District of

# The Superior Court of the District of Columbia

2) The Department of Housing AND URBAN DEVELOPMENT ~~██████████████~~

3) Presidential Towers aka Beverly Hills Properties
3100 West 3rd Street, Los Angeles CA 90029
# 331

4) Diamond Management Group, Inc.
7205 Hollywood ~~████~~ Boulevard #204
W/Los Angeles, CA 90046

5) Bernstein management Corporation.
1300 Massachusetts Avenue #607 NW.
Washington, D.C. 90005

6) The Department of Housing and Urban Development
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA COLBADE MANDIS
*Plaintiff(s)*

v.                                          Case No: 2012 CA 2077

THE DISTRICT OF COLUMBIA VETERANS MEDICAL CENTER, ET AL.
*Defendant(s)*

## NOTICE

To (insert name and address of the party to be served):

ALL MEDICAL PERSONNEL
(EMORY CHILDRENS CLINIC)
1661 NORTH DRUID HILLS, ROAD
ATLANTA, GEORGIA 30329

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): __MAR 2 3 2012__ .

_____                          _____
*Signature*                                      *Date of Signature*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____        _____        _____
*Signature*                    *Relationship to Defendant/Authority*        *Date of Signature*
                               *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828        如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bản dịch, hãy gọi (202) 879-4828         የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ        번역을 원하시면, (202) 879-4828 로 전화주십시오



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN

Vs.                           C.A. No.      2012 CA 002077 M

THE DISTRICT OF COLUMBIA VETERANS MEDICAL CENTER
## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge MICHAEL L RANKIN
Date:  March 2, 2012
Initial Conference: 9:00 am, Friday, June 01, 2012
Location:  Courtroom 517
             500 Indiana Avenue N.W.
             WASHINGTON, DC 20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

*MARCIA LORRAINE MADDEN*

Plaintiff

vs.

Case Number  **0002077-12**

*20 ALL MEDICAL PERSONNEL*
*(EMORY CHILDREN'S CLINIC)*  Defendant
*(ELAINE CLARK CENTER)*

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*MARCIA LORRAINE MADDEN / PRO SE*
Name of Plaintiff's Attorney

*142 Michigan Ave., NE #11*  By _____
Address                                                   Deputy Clerk

*Washington, DC 20017-1024*

*202) 578-0157 / 202-705-6630*  Date _____
Telephone

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

**IMPORTANT:** IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
142 Michigan Ave NE U11 *Plaintiff*
Washington, DC 20017-1024 *vs.*

CIVIL ACTION NO. 0020-FT-12

THE DISTRICT OF COLUMBIA
VETERANS MEDICAL CENTER
et al. *Defendants*
50 Irving St NW
Washington, DC 20422

MAR 2 3 2012

**AMENDED COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Complaint: Abuses/Assaults; Injustices/Reprisals;
Employment Discriminations and Terminations; Slander
and Libel; Defamation; Invasion of Privacy; Malpractice;
False Imprisonments; Intentional Infliction of
Emotional Distress
Claim for Damages, Injuries, other — February 29, 2012

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 37,000,000 . with interest and costs.

202-518-0157 / 202-705-6630
Phone:

DISTRICT OF COLUMBIA, SS

MARCIA LORRAINE MADDEN , being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

Marcialorraine Madden
(Plaintiff                                    Agent)

Subscribed and sworn to before me this 23rd day of March , 20 12 .

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 90

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

10) Department of Energy

• Los Angeles (LADWP)
• Dist. of Col. (Pepco)

1000 Independence Avenue, S.W.
Washington, D.C. 20585

39) HOLLYWOOD MOVERS

*Address Unknown*

20) ALL Medical Personnel

( Emory Children's
clinic and
Elaine clark Center

1961 North Druid Hills Road
Atlanta, Georgia 30329

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
142 Michigan Ave NE#11
Washington, DC 20017-1024
*Plaintiff*

vs.

CIVIL ACTION NO. **0002077-12**

THE UNITED STATES FOR
THE DISTRICT OF COLUMBIA
Veterans Medical Center et. al.
50 Irving Ave NW
Washington DC 20017-1024
*Defendants*

RECEIVED
Civil Clerk's Office
MAR 02 2012
Superior Court of the
District of Columbia
Washington, D.C.

**COMPLAINT**

1. **Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

COMPLAINT: ABUSES/ASSAULTS; INJUSTICES/REPRISALS;
EMPLOYMENT DISCRIMINATIONS AND TERMINATIONS; SLANDER
AND LIBEL; DEFAMATIONS; INVASION OF PRIVACY; MALPRACTICE
FALSE IMPRISONMENTS; INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS.
CLAIM FOR DAMAGES, INJURIES, Others: FEBRUARY 29, 2012

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $** 37,000,000.
**with interest and costs.**

202-518-0157/202-705-6630
**Phone:**

DISTRICT OF COLUMBIA, SS

Marcia Lorraine Madden **, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.**

Marcia Lorraine Madden
(Plaintiff)                                                     (Agent)

**Subscribed and sworn to before me this** 2nd **day of** _____ **20** 12.

_____
(Notary Public/Deputy Clerk)

# Superior Court of the District of Columbia

## "Certificate of Service"

# Defendants

① District of Columbia Veterans Medical Center
   50 Irving Street NW, Washington D.C. 20422.

② Orlando Veterans Medical Center
   5201 Raymond Street, Orlando FL 32803.

③ Atlanta Veterans Medical Center
   1670 Clairmont Road, Decatur GA 30033.

④ Primary & Extended Care Center - Queens
   179th Street & Linden Blvd, St. Alban's N.Y. 11425.

⑤ ~~NHHS~~ New York Harbor Healthcare System @ Brooklyn
   Veterans Medical Center
   800 Poly Place, Brooklyn NY 11209

⑥ California VA Veterans Regional Office, Medical Center,
   & Housing — VASH
   1100 Wilshire Blvd, Los Angeles, CA 90024

*⑦ New York State Division of Human Rights. @ Syracuse
   One Fordham Road, Bronx, NY 10458

⑧ New York District EEOC Office

8) ~~New York District EEOC office~~
~~33 Whitehall St. New York, NY 10604~~

9) Atlanta District EEOC office
100 Alabama Ave, Atlanta GA 30303.

10) Mountain Home Air Force Base Hospital & MEO office
90 Hope Drive, Mountain Home Idaho 83648

11) Grady Health System (Grady Memorial Hospital)
< Human Resources Division / Legal Dept / Security Dept
80 Jesse Hill ~~Jr~~ Drive, Atlanta Georgia 30303

12) Atlanta Medical **Center** (Tenet Health)
303 Parkway Drive, NE Atlanta, GA 30312

13) Nursefinders (Emory University Hospital Midtown) 2221 Peachtree Rd NE, Atlanta GA 30309

14) Supplemental Healthcare (North Fulton Hospital)
(Northeast Georgia Medical Center)
→ 4243 Dunwoody GA 30350.

15) Northside Hospital
1000 Johnson Ferry Rd Atlanta GA 30342

16) ~~Ga~~ Georgia Department of Labor
2211 Beaver Ruin Road Norcross GA 300

17) Jaybson Inc / Alpha Nursing Services.
4747 Cleveland Ave. Atlanta GA 300

19) Laurel Baye HealthCare of Lake Lanier
2451 Peachtree Industrial Blvd., Buford GA 30518.

20) ALL Medical Personnel (Emory Children's Clinic
and Elaine Clark Center).
1961 N. Druid Hills Road
Atlanta, Georgia 30329

21) Duluth Medical Services / Georgia Regional Hospital
3883 Rogers Bridge Road, Duluth, GA 30096, *Employe
3498 Rogers Bridge Road, Duluth, GA 30096.

22) Joan Glancey Memorial Hospital (ER Patient)
3215 Mclure Bridge Road, Duluth, GA 30097.

23) Georgia Regional Hospital-Acute Care/MH (ER Patient
3073 Panthersville Road, Decatur, GA 30034

24) Pediatric Services of America
350 Technology Parkway, Norcross, GA 30092.



# Superior Court of the District of Columbia

25) Queens Hospital Center (New York Health System & Hospital Corporations).
82-68 164th Street. Jamaica Ave., NY 11432

26) SUNY Health Science Center At Syracuse
750. E. Adams Street, Syracuse, NY 13210.

27) Crouse ~~Irving~~ Memorial Hospital
736 Irving Ave., Syracuse NY 13210

28) Community General Hospital
4900 Broad Road, Syracuse, NY 13215

29) Benjamin Rush Center
650 South Salina St. Syracuse NY 1320

30) Lakeside Behavioral Health Care — Mental Health
1800 Mercy Dr., Orlando FL 32808

31) St. John's Episcopal Hospital, South Shore
327 Beach 19th Street. Far Rockaway, NY 11691

32) GWINNETT COUNTY POLICE DEPARTMENT
~~3215~~ 3125 Satellite Blvd, Duluth GA 30096

34) Fulton County Criminal Warrants (& Magistrate Court)
160 Pryor Street St Atlanta GA 30303
185 Central Avenue, Atlanta GA 30303

35) Fulton County Jail
901 Rice St. Atlanta, GA 30318

36) Orange County Courthouse
425 N. Orange Ave., Orlando FL 32801

37) The Department of Commerce
1615 H St. NW. Washington DC 20062

38) The Department of Transportation
1200 New Jersey Ave, SE Wash, DC. 20590.

39) Hollywood Movers
Hollywood Florida (OR) Fort Lauderdale
MOVING COMPANY. [* ADDRESS UNKNOWN]

40) ~~California Bus and Taxi Services. <See Dept of Transportation>~~

41) ~~District of Columbia Bus and Taxi Services. <See Dept. of Transportation>~~

42) The Department of Energy (California & District Of Columbia
1000 Independence Ave, SW
Washington, DC 20585

# The Superior Court of the District of Columbia

12) The Department of HOUSING AND URBAN DEVELOPMENT ~~████████████████~~

13) Presidential Towers aka Beverly Hills Properties
3100 West 3rd Street, Los Angeles CA 90029
# 331

14) Diamond Management Group, Inc.
7205 Hollywood ~~████~~ Boulevard #204
W/Los Angeles, CA 90046

Bernstein management Corporation.
15) 1300 Massachusetts Avenue #607
NW.
Washington, DC. 90005

42) The Department of Housing and Urban Development
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107

**SUPERIOR COURT**
**THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

7011 3500 0000 1799 0463

MAILROOM
Room
LOWER LEVEL

Sender
SUPERIOR COURT




UNITED STATES POSTAGE
$ 06.80
MAILED FROM ZIP CODE

04/12/12 08:27

THE DEPARTMENT OF COMMERCE

1615 H STREET NW

WASHINGTON DC 20062.

2012CA2077





FILED
CIVIL ACTIONS BRANCH

APR 17 2012

Superior
of the District of Colum-
bia

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GEORGIA REGIONAL HOSPITAL
ACUTE CARE/MH
3073 PANTHERSVILLE ROAD
DECATUR GA 30034
2012CA2077

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7011 3500 0000 1799 0432

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Superior Court of the District of Columbia
500 Indiana Avenue, N.W.
Room 5000
Washington, DC 20001

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE DEPARTMENT OF COMMERCE

1615 H STREET NW

WASHINGTON DC 20062

2012CA2077

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _B. Dello_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

_B. Dello_  _6-12-12_

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7011 3500 0000 1799 0463   1

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20005

2012CA2077

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _M. Reach_      □ Agent
                  □ Addressee

B. Received by (Printed Name)      C. Date of Delivery

                                   4-16

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   □ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)      □ Yes

2. Article Number
   (Transfer from service label)

7011 3500 0000 1799 0128

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NURSEFINDERS
(EMORY UNIVERSITY HOSP. EMP)
2221 PEACHTREE ROAD NE
ATLANTA GA 30309

2012CA2077

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _K. Kulley_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

_K. Kilcare 1-14_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7011 3500 0000 1799 0395

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ST JOHNS EPISCOPAL HOSPITAL

SOUTH SHORE 327 BEACH 19TH STREET

FAR ROCKAWAY NY 11691

20012CA2077

2. Article Number
   (Transfer from service label)

7011 3500 0000 1799 0470

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X                                  ☐ Agent
                                   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D

4. Restricted Delivery? (Extra Fee)   ☐ Yes

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NEW YORK STATE
DIVISION OF HUMAN RIGHTS
ONE FORDHAM ROAD
BRONX NY 10458

2010 CA 20177

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7011 3500 0000 1799 0081

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Smith_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>E. Nixon  04/13/10 |
| 1. Article Addressed to:<br><br>NY DISTRICT EEOC OFFICE<br>33 WHITEHALL STREET<br>ONE FORDHAM ROAD<br>NEW YORK NY 10004<br><br>_9517 CA 2177_ | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br><br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)<br>7011 3500 0000 1799 0043 | |
| PS Form 3811, February 2004      Domestic Return Receipt | 102595-02-M-1540 |

Form CA 1-B Final Notice and Acknowledge for Service by Mail



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.                                               Case No: 2012 CA 002077 M

THE D C  VETS  MED  CNT, ET AL
_____
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
THE DEPARTMENT OF COMMERCE
1615 H Street, NW
WASHINGTON, DC 20062
_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service.  You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.  While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual   Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgement of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 2012.

_____            APR 1 0 2012
*Signature*                                          *Date of Signature*

1

Para pedir una traduccion, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction

Dé có môt bai dich, hãy gọi (202) 879-4828          [         ] (202) 879-4828          번역을 원하시면, (202) 879-4828 로 전화주십시요

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):

_____

_____

_____

_____    _____    _____

*Signature*      *Relationship to Defendant/Authority*    *Date of Signature*
                  *to Receive Service*



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE
MADDEN
_____Plaintiff(s)_____

v.

Case No: **0002077-12**

THE DISTRICT OF COLUMBIA VETERANS
MEDICAL _____Defendant(s)_____
CENTER, et al.

**NOTICE**

To (insert name and address of the party to be served):
THE DEPARTMENT of
COLUMBICS
1415 H STREET, N.W.
WASHINGTON, DC 20006

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): _____

_____Signature_____

MAR 19 2012
_____Date of Signature_____

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER**

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____Signature_____

_____Relationship to Defendant/Authority to Receive Service_____  _____Date of Signature_____

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828    ፉኤዋ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ    번역을 원하시면 (202) 879-4828로 전화 주십시오





## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

MARCIA LORRAINE MADDEN
 Vs.            C.A. No.   2012 CA 002077 M
THE DISTRICT OF COLUMBIA VETERANS MEDICAL CENTER
### INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge MICHAEL L RANKIN
Date:  March 2, 2012
Initial Conference: 9:00 am, Friday, June 01, 2012
Location:  Courtroom 517
      500 Indiana Avenue N.W.
      WASHINGTON, DC 20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_MARCIA LORRAINE MADDEN_
Plaintiff

vs.

Case Number _000207__-12_

_The Department of Commerce_
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_MARCIA LORRAINE MADDEN / PRO SE_
Name of Plaintiff's Attorney

_142 Michigan Ave. NE #11_
Address

_Washington DC 20017-1024_

_(202) 518-0157 / (202) 705-6630_
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _3/9/12_

如需翻譯,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Dé có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오     ፍላጎት ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

MARCIA LORRAINE MADDEN
142 Michigan Ave NE #11
Washington, DC 20017-1024          *Plaintiff*

vs.

0002077-12

CIVIL ACTION No. _____

~~THE UNITED STATES FOR~~
THE DISTRICT OF COLUMBIA
Veterans Medical Center et. al.
50 Irving Ave NW          *Defendants*
Washington DC 20017-1024



FILED
CIVIL ACTIONS BRANCH
MAR 2     12
Super...
of the D...
W...

**COMPLAINT**

1.  Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.
COMPLAINT: ABUSES/ASSAULTS; INJUSTICES/REPRISALS;
EMPLOYMENT DISCRIMINATIONS AND TERMINATIONS; SLANDER
AND LIBEL; DEFAMATIONS; INVASION OF PRIVACY; MALPRACTICE;
FALSE IMPRISONMENTS; INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS.
CLAIM FOR DAMAGES, INJURIES, Others FEBRUARY 29, 20:

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 37,000,000
with interest and costs.

DISTRICT OF COLUMBIA, ss

Marcia Lorraine Madden
, being first duly sworn on oath deposes and says that the
foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all
set-off and just grounds of defense.

Phone: 202-518-0157/202-705-663C

DC 10 Cat
11/15

_Marcia Lorraine Madden_
(Plaintiff                    Agent)

Subscribed and sworn to before me this _____ day of _____ 20 12

(Notary Public/Deputy Clerk)

FORM CV-141V Nov 08

Superior Court of the District of Columbia

"Certificate of Service"

Defendants

① District of Columbia Veterans Medical Center
50 Irving Street NW, Washington D.C. 20422.

② Orlando Veterans Medical Center
5201 Raymond Street, Orlando FL 32803.

③ Atlanta Veterans Medical Center
1670 Clairmont Road, Decatur GA 30033.

④ Primary & Extended Care Center - Queens
179th Street & Linden Blvd, St. Alban's N.Y. 11425.

⑤ NHCHS New York Harbor Healthcare System @ Brooklyn
Veterans Medical Center
800 Poly Place, Brooklyn NY 11209

⑥ California VA Regional Office, Medical Center,
& *Housing — VASH
1100 Wilshire Blvd, Los Angeles, CA 90024

⑦ New York State Division of Human Rights. Syracuse
One Fordham Road, Bronx, NY 10458 ·

⑧ New York District EEOC Office
33 Whitehall Street, NY 10004

Case No. _____

3) New York District - EECC office
33 Whitehall St. New York, NY 10004

4) Atlanta District EEOC office
100 Alabama Ave, Atlanta GA 30303

10) Mountain Home Air Force Base Hospital & MEO off
90 Hope Drive, Mountain Home Idaho 83648

11) Grady Health System (Grady Memorial Hospita
Human Resources Division/Legal Dept /Security Dept
80 Jesse Hill ~~Jr~~ Drive, Atlanta Georgia 30303

12) Atlanta Medical Center (Tenet Health)
303 Parkway Drive, NE Atlanta, GA 30312

13) Nursefinders (Emory University Hospital (Employee
5221 Peachtree Rd NE, Atlanta GA 30305

14) Supplemental Healthcare (North Fulton Hospital
(Northeast Georgia Medical Center)
4243 Dunwoody GA 30350

15) Northside Hospital
1000 Johnson Ferry Rd Atlanta GA 30342

16) Georgia Department of Labor
2211 Beaver Ruin Road Norcross GA 30071

17) Saybson Inc / Alpha Nursing Services
7717 Cleveland Ave. Atlanta GA 30315

18) Life Care Center of Lawrenceville
210 Collins Industrial Way

(19) Laurel Baye HealthCare of Lake Lanier
2451 Peachtree Industrial Blvd., Buford GA 30518.

(20) ALL Medical Personel (Emory Children's Clinic
and Elaine Clark Center).
1961 N. Druid Hills Road
, Georgia

(21) Duluth Medical Services / Georgia Regional Hospital, & Employe
3883 Rogers Bridge Road, Duluth, GA 30096,
3498 Rogers Bridge Road, Duluth, GA 30096.

(22) Joan Glancey Memorial Hospital (ER Patient)
3215 Mclure Bridge Road, Duluth, GA 30097,

(23) Georgia Regional Hospital - Acute Care/MH (ER Patient
3073 Panthersville Road, Decatur, GA 30034

(24) Pediatric Services Of America
350 Technology Parkway, Norcross, GA 30092.

| Superior Court of the District of Columbia |

25) Queens Hospital Center (New York Health System & Hospital Corporations)
82-68 164th Street. Jamaica Ave., NY 11432

26) SUNY Health Science Center At Syracuse
750. E. Adams Street, Syracuse, NY 13210.

27) Crouse Irving Memorial Hospital
736 Irving Ave., Syracuse NY 13210

28) Community General Hospital
4900 Broad Road, Syracuse, NY 13215

29) Benjamin Rush Center
650 South Salina St. Syracuse NY 13210.

30) Lakeside Behavioral Health Care Mental Health
1800 Mercy Dr., Orlando FL 32808

31) St. John's Episcopal Hospital, South Shore
327 Beach 19th Street. Far Rockaway, NY 11691

32) GWINNETT COUNTY POLICE DEPARTMENT
~~3215~~. 3125 Satellite Blvd, Duluth GA 30096

33) GWINNETT COUNTY DETENTION CENTER &
Sheriff's Administration Building
2900 University PKWY, Lawrenceville GA

(34) Fulton County (Criminal Warrants Div)
(& Magistrate Court)
160 Pryor Street St Atlanta GA 30303
185 Central Avenue, Atlanta GA 30303

(35) Fulton County Jail
901 Rice St. Atlanta, GA 30318

(36) Orange County Courthouse
425 N. Orange Ave, Orlando FL 32801

(37) The Department of Commerce
1615 H St. NW. Washington DC 20062

(38) The Department of Transportation
1200 New Jersey Ave, SE Wash, DC. 20590.

(39) Hollywood Movers
Hollywood Florida (OR) Fort Lauderdale
MOVING COMPANY [X ADDRESS
UNKNOWN]

(40) California Bus and Taxi Services.
∠See Dept of Transportation

(41) District of Columbia Bus and Taxi
Services. ∠See Dept. of Transportation,

(42) The Department of Energy (California &
District of
Columbia
California ADDRESS UNKNOWN
Dist of C [Unsure of Correct Address]

The Superior Court of the District of Columbia

1) The Department of Housing AND URBAN DEVELOPMENT ~~████████████~~

2) Presidential Towers aka Beverly Hills Properties
3100 West 3rd Street, Los Angeles CA 90029
# 331

3) Diamond Management Group, Inc.
7205 Hollywood ~~████~~ Boulevard #204
WHLos Angeles, CA 90046

4) Bernstein management Corporation.
1300 Massachusetts Avenue #607
Washington, DC. 90005  NW.

4) The Department of Housing and Urban Development
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.                                                    Case No: 2012 CA 002077 M  _____

THE D.C. VETS. MED. CTR.
_____
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
THE DEPARTMENT OF
TRANSPORTATION
1200 NEW JERSEY AVE, S.E.
WASHINGTON, D.C. 20590

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on  MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date)  APRIL 11, 2012 _____.

_____          Apríl 10, 2012
Signature                                                Date of Signature

l

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____

_____

*Signature*

*Relationship to Defendant/Authority  Date of Signature*
*to Receive Service*



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M _____

THE D.C. VETS. MED. CNT, ET AL
_____
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
THE DEPARTMENT OF COMMERCE
1615 H Street, NW
WASHINGTON, DC 20062
_____

    The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

    Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

    You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

    If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

    If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 2012 .

_____
*Signature*

APR 1 0 2012
_____
*Date of Signature*

1

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828    만약에 무료로 (202) 879-4828 번역을 원하시면, (202) 879-4828 로 전화주십시요

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

    I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____    _____    _____

*Signature*                                      *Relationship to Defendant/Authority*    *Date of Signature*
                                                            *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bản dịch, hãy gọi (202) 879-4828    □□□□ □□□□ □□□□ (202) 879-4828 □□□□    번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
          *Plaintiff(s)*

v.                         Case No: 2012 CA 002077 M

THE D.C. VETS. MED.CNT, et al
_____
          *Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
NURSEFINDERS
(EMORY UNIVERSITY HOSP. EMP.)
2221 Peachtree Road, NE
ATLANTA, GA 30309

    The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

    Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgment has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

    You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

    If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

    If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 20__ .

_____           _____
*Signature*                          *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____

_____

_____

_____

_____

*Signature*

*Relationship to Defendant/Authority*  *Date of Signature*
*to Receive Service*

2

Para pedir una traducción, llame al (202) 879-4828    如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bản dịch, hãy gọi (202) 879-4828    如 · (202) 879-4828 · ·    번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.                                                    Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
ORANGE COUNTY COURTHOUSE
425 North Orange Avenue
ORLANDO, FL 32801

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 0

APR 1 0 2012

_____                          _____
*Signature*                                       *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____  _____  _____

*Signature*                           *Relationship to Defendant/Authority*  *Date of Signature*
                                      *to Receive Service*

2

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828          (202) 879-4828          번역을 원하시면, (202) 879-4828 로 전화주십시요



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
FULTON COUNTY JAIL
901 Rice Street
ATLANTA, GA 30318

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 0 2012

*Signature*

APR 1 0 2012

*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):  _____

_____

_____

_____    _____    _____

*Signature*                          *Relationship to Defendant/Authority   Date of Signature*
                                     *to Receive Service*

2

Para pedir una traducción, llame al (202) 879-4828        如需書譯,請打電話 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction

Dể có một bài dịch, hãy gọi (202) 879-4828        T2 L D י ד ד ט ו ל ל ו ל ד (202) 879-4828  T T X I        번역을 원하시면, (202) 879-4828 로 전화주십시오



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.                                        Case No: 2012 CA 002077 M
                                                  _____

THE D.C. VETS. MED. CNT, ET AL
_____
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
FULTON COUNTY
_____
(CRIMINAL WARRANTS DIVISIONS)
_____
185 Central Avenue
_____
ATLANTA, GA 30303
_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 202 .

_____          APR 1 0 202
*Signature*                              _____
                                          *Date of Signature*

I

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

    I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____    _____    _____

*Signature*                          *Relationship to Defendant/Authority*  *Date of Signature*
                                         *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828
Dè co một bài dịch, hãy gọi (202) 879-4828
如需翻译,请打电话 (202) 879-4828
(202) 879-4828
Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시오



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
ST. JOHN'S EPISOPAL HOSPITAL,
SOUTH SHORE
327 Beach 19th Street
FAR ROCKAWAY, NY 11691

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 202

APR 1 0 202

_____
*Signature*

_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):   _____

_____

_____

_____        _____   _____
*Signature*                             *Relationship to Defendant/Authority   Date of Signature*
                                        *to Receive Service*



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

MARCIA LORRAINE MADDEN
        *Plaintiff(s)*

v.                                                    Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
        *Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
BENJAMIN RUSH CENTER
650 South Salina Street
SYRACUSE, NY 13202

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 0 2012

APR 1 0 2012

_____                          _____
*Signature*                                        *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address):

_____

_____

_____

_____      _____      _____
*Signature*                                           *Relationship to Defendant/Authority   Date of Signature*
                                                            *to Receive Service*

2

Para pedir una traduccion, llame al (202) 879-4828

Để có một bản dịch, hãy gọi (202) 879-4828

如需翻译, 請打電话 (202) 879-4828

(202) 879-4828

Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202) 879-4828 로 전화주십시오



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
_____
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
COMMUNITY GENERAL HOSPITAL
4900 Broad Road
SYRACUSE, NY 13215

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 2012 .

APR 1 1 2012

_____
*Signature*

_____
*Date of Signature*

1

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828
☐☐☐☐☐ ☐☐☐☐ ☐☐☐☐☐ (202) 879-4828 ☐☐☐☐

Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4826 로 전화주십시요

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):

_____

_____

_____

_____     _____     _____
*Signature*                          *Relationship to Defendant/Authority*   *Date of Signature*
                                     *to Receive Service*



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M
_____

THE D.C. VETS. MED. CNT, ET AL
_____
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
CROUSE IRVING MEMORIAL HOSP.
_____
736 Irving Avenue
_____
SYRACUSE, NY 13210
_____
_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) APR 1 1 2012 .

APR 1 0 2012

_____
*Signature*

_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):  _____

_____

_____

_____       _____       _____

*Signature*                          *Relationship to Defendant/Authority   Date of Signature*
                                     *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828        如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bản dịch, hãy gọi (202) 879-4828        (202) 879-4828        번역을 원하시면, (202) 879-4828 로 전화주십시오



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
>*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
>*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
SUNY HEALTH SCIENCE CENTER
AT SYRACUSE
750 East Adams Street
SYRACUSE, NY 13210

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 ███ .

APR 1 0 2012

_____
Signature

_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____  _____  _____
*Signature*  *Relationship to Defendant/Authority  Date of Signature*
*to Receive Service*

Para pedir una traducción, llame al (202) 879-4828

Để có một bản dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828

(202) 879-4828

Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202) 879-4828 로 전화주십시오



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.                                                  Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
QUEENS HOSPITAL CENTER
82-68 164th Street
JAMAICA, NY 11432

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 2012 .

_____                    APR 1 0 2012
*Signature*                                  _____
                                             *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____   _____   _____
*Signature*                 *Relationship to Defendant/Authority   Date of Signature*
                            *to Receive Service*

2

Para pedir una traduccion, llame al (202) 879-4828     如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bản dịch, hãy gọi (202) 879-4828     打 (202) 879-4828     번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.                                                            Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
NEW YORK DISTRICT EEOC OFFICE
33 Whitehall Street
One Fordham Road
NEW YORK, NY 10004

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 0 2012.

APR 1 0 2012

_____                    _____
*Signature*                                    *Date of Signature*

I

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____
_____
_____

_____    _____    _____
*Signature*                          *Relationship to Defendant/Authority*   *Date of Signature*
                                     *to Receive Service*



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.                                              Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
NEW YORK STATE
DIVISION OF HUMAN RIGHTS
One Fordham Road
BRONX, NY 10458

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 11 2012 .

APR 1 0 2012

_____
*Signature*

_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____

_____

| | | |
|---|---|---|
| *Signature* | *Relationship to Defendant/Authority to Receive Service* | *Date of Signature* |

2

Para pedir una traduccion, llame al (202) 879-4828

Dé co một bài dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828

电话 (202) 879-4828

Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202) 879-4828 로 전화주십시요



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
CALIFORNIA VETERIANS REGIONAL
OFFICE, MEDICAL CTR.
1100 Wilshire Blvd
LOS ANGELES, CA 90024

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 ____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgment has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): __APR 1 1 2012__

APR 1 0 2012

_____
*Signature*

_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____

_____

_____

| | | |
|---|---|---|
| _____ | _____ | _____ |
| *Signature* | *Relationship to Defendant/Authority*<br>*to Receive Service* | *Date of Signature* |

2



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

MARCIA LORRAINE MADDEN
_____
  *Plaintiff(s)*

v.                                               Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
_____
  *Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
NY HARBOR HEALTHCARE SYSTEM
@ BROOKLYN VETERANS
800 Poly Place
BROOKLYN, NY 11209

    The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

    Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

    You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

    If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

    If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date):

APR 1 0 2012

_____                          _____
*Signature*                                       *Date of Signature*

1

Para pedir una traducción, llame al (202) 879-4828     如需翻譯,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction

Để có bản dịch, hãy gọi (202) 879-4828     □□□□□ □□□□ □□□□□ (202) 879-4828 □□□□     번역을 원하시면, (202) 879-4828 로 전화주십시오

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____   _____   _____
*Signature*                *Relationship to Defendant/Authority   Date of Signature*
                           *to Receive Service*

.

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828    如 ` (202) 879-4828 / `    번역를 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.                                                    Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
PRIMARY & EXTENDED
CARE CENTER - QUEENS
179th Street & Linden Blvd
ST ALBANS, NY 11425

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012         (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): _____.

APR 1 0 20██

_____                              _____
*Signature*                                          *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address):  _____

_____

_____

| | | |
|---|---|---|
| *Signature* | *Relationship to Defendant/Authority to Receive Service* | *Date of Signature* |

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828    如需翻译 (202) 879-4828    번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED.CNT, et al
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
ATLANTA VETERANS
MEDICAL CENTER
1670 Clairmont Road
DECATUR, GA 30033

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 

APR 1 0 2012

_____
*Signature*

_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address):

_____

_____

_____

_____    _____    _____
*Signature*                              *Relationship to Defendant/Authority*    *Date of Signature*
                                          *to Receive Service*



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.                                                        Case No: 2012 CA 002077 M

THE D.C. VETS. MED.CNT, et al
*Defendant(s)*

**FINAL NOTICE**

To (insert name and address of the party to be served):
ORLANDO VETERANS
MEDICAL CENTER
5201 Raymond Street
ORLANDO, FL 32803

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 ____.

APR 1 0 20__

_____                  _____
*Signature*                                                          *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):

_____

_____

_____


_____     _____     _____

*Signature*                    *Relationship to Defendant/Authority   Date of Signature*
                               *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828          如需翻译, 请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Dể co một bài dịch, hãy gọi (202) 879-4828               (202) 879-4828          번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED.CNT, et al
_____
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
PEDIATRIC SERVICES OF AMERICA
350 Technology Parkway
NORCROSS, GA 30092
_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 2012

APR 1 0 2012

_____          _____
*Signature*                                         *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address):

_____

_____

_____

_____    _____    _____

*Signature*    *Relationship to Defendant/Authority    Date of Signature*
*to Receive Service*

Para pedir una traducción, llame al (202) 879-4828    如需翻譯,請打電話 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bản dịch, hãy gọi (202) 879-4828    如需翻譯 (202) 879-4828    번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED.CNT, et al
*Defendant(s)*

**FINAL NOTICE**

To (insert name and address of the party to be served):
GEORGIA REGIONAL HOSPITAL
ACUTE CARE/MH
3073 Panthersville Road
DECATUR, GA 30034

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 11 2012.

APR 1 0 2012

*Signature*

*Date of Signature*

1

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828
◻◻◻◻ ◻◻◻◻ ◻◻◻◻ (202) 879-4828 ◻◻◻◻

Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시오

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____

_____

_____

_____         _____         _____

*Signature*                                      *Relationship to Defendant/Authority*         *Date of Signature*
                                                 *to Receive Service*



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.                                                    Case No: 2012 CA 002077 M _____

THE D.C. VETS. MED.CNT, et al
_____
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
LAUREL BAYE HEALTH CARE
_____
OF LAKE LANIER
_____
2451 Peachtree Industrial Blvd
_____
BUFORD, GA 30518
_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR · 2012 .

APR 1 0 2012

_____          _____
*Signature*                                        *Date of Signature*

1

Para pedir una traducción, llame al (202) 879-4828        如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828        □□□□□ □□□□ □□□□□ (202) 879-4828 □□□□        번역을 원하시면, (202) 879-4828 로 전화주십시요

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____   .

_____

_____

_____          _____          _____

*Signature*                                        *Relationship to Defendant/Authority     Date of Signature*
                                                     *to Receive Service*

2

Para pedir una traduccion, llame al (202) 879-4828     如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Dể co một bản dịch, hãy gọi (202) 879-4828         如 · (202) 879-4828 · ·        번역을 원하시면, (202) 879-4828 로 전화주십시오



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
<em>Plaintiff(s)</em>

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED.CNT, et al
<em>Defendant(s)</em>

## FINAL NOTICE

To (insert name and address of the party to be served):
GEORGIA DEPARTMENT OF LABOR
2211 Beaver Run Road
NORCROSS, GA 30071

_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): _____

APR 1 0 2012

_____                    _____
*Signature*                                  *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____

_____

_____

_____        _____        _____

*Signature*                              *Relationship to Defendant/Authority*    *Date of Signature*
                                         *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828.
如需翻译,请打电话 (202) 879-4828
Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bản dịch, hãy gọi (202) 879-4828
(202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED.CNT, et al
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
NORTHSIDE HOSPITAL
1000 Johnson Ferry Road
ATLANTA, GA 30342

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 11 2012

*Signature*

APR 10 2012

*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):

_____

_____

_____

_____        _____        _____

*Signature*                          *Relationship to Defendant/Authority*   *Date of Signature*
                                     *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828
Dê co một bản dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828
통역을 (202) 879-4828 로

Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.                                          Case No: 2012 CA 002077 M _____

THE D.C. VETS. MED.CNT, et al
_____
*Defendant(s)*

**FINAL NOTICE**

To (insert name and address of the party to be served):
SUPPLEMENTAL HEALTHCARE _____
(NORTH FULTON HOSPITAL) _____
4243 Dunwoody _____
ATLANTA, GA 30350 _____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 2012

_____                    APR 1 0 2012
*Signature*                                          _____
                                                     *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):  _____
_____
_____

_____    _____    _____

*Signature*                                     *Relationship to Defendant/Authority*   *Date of Signature*
*to Receive Service*

Para pedir una traduccion, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828    ｡｡｡ ｡｡ ｡｡ ｡ (202) 879-4828 ｡｡｡,    번역을 원하시면, (202) 879-4828 로 전화주십시오



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
EMORY CHILDRENS CLINIC
1961 NORTH DRUID HILLS ROAD
ATLANTA, GA 30329

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 10 2012.

APR 10 2012

_____
*Signature*

_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

     I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address):  _____

_____

_____

_____     _____     _____

*Signature*               *Relationship to Defendant/Authority  Date of Signature*
                              *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828

Đề có một bài dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828

(エ エ エ T)/( エ エ エ )・ (エ エ エ ) (202) 879-4828 T (エ エ )

Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED.CNT, et al
_____
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
GREADY HEALTH SYSTEM
(GRADY MEMORIAL HOSPITAL)
80 Jesse Hill Drive
ATLANTA, GA 30303

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 2012 .

APR 1 0 2012

_____
*Signature*

_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):

_____

_____

_____

_____     _____     _____

*Signature*                                   *Relationship to Defendant/Authority*   *Date of Signature*
                                              *to Receive Service*

2

Para pedir una traducción, llame al (202) 879-4828          如需翻译, 请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bản dịch, hãy gọi (202) 879-4828          電話 (202) 879-4828          번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.                                              Case No: 2012 CA 002077 M _____

THE D.C. VETS. MED.CNT, et al
_____
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
MOUNTAIN HOME AIR FORCE BASE
HOSPITAL & MEO OFFICE
90 Hope Dive
MOUNTAIN HOME AFB, ID 83648

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 2012 .

APR 1 0 2012

_____              _____
*Signature*                                        *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____

_____

_____

_____    _____    _____

*Signature*      *Relationship to Defendant/Authority*    *Date of Signature*
*to Receive Service*

2

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bản dịch, hãy gọi (202) 879-4828    (1 (202) 879-4828    번역을 원하시면, (202) 879-4828 로 전화주십시오



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED.CNT, et al
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
ATLANTA DISTRICT EEOC OFFICE
100 Alabama Avenue
ATLANTA, GA 30303

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 10 2012 .

_____
*Signature*

APR 10 2012
_____
*Date of Signature*

1

Para pedir una traducción, llame al (202) 879-4828     如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828     <span>(202) 879-4828</span>     번역을 원하시면, (202) 879-4828 로 전화주십시요

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):    _____

_____

_____

_____    _____    _____

*Signature*                            *Relationship to Defendant/Authority   Date of Signature*
                                          *to Receive Service*



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.                                          Case No: 2012 CA 002077 M

THE D.C. VETS. MED CNT, et al
_____
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
THE DISTRICT OF COLUMBIA
VETERANS MEDICAL CENTER
50 IRVING AVENUE, N.W.
WASHINGTON, D.C. 20017-1024

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 0 2012.

APR 1 0 2012

_____          _____
*Signature*                                      *Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____
_____
_____

_____    _____    _____
*Signature*                                  *Relationship to Defendant/Authority   Date of Signature*
                                             *to Receive Service*

Para pedir una traduccion, llame al (202) 879-4828    如需翻译 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bản dịch, hãy gọi (202) 879-4828    请打 (202) 879-4828 以获取.    번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
　　　　　　　　　*Plaintiff(s)*

　　　v.　　　　　　　　　　　　　　　　　Case No: 2012 CA 002077 M

THE D C. VETS. MED. CNT, ET AL
_____
　　　　　　　　　*Defendant(s)*

**FINAL NOTICE**

To (insert name and address of the party to be served):
THE DEPARTMENT OF ENERGY
1000 INDEPENDENCE AVENUE, SW
WASHIGNTON, DC 20005
_____

　　　The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

　　　Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgment has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

　　　You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

　　　If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

　　　If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

　　　This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 2012 .

_____　　　　　　　　　APR 1 0 2012
*Signature*　　　　　　　　　　　　　　　　　　　　*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____

_____

_____

_____                    _____ _____
*Signature*                                         *Relationship to Defendant/Authority  Date of Signature*
                                                    *to Receive Service*

Para pedir una traduccion, llame al (202) 879-4828
Dê co một bài dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828
(202) 879-4828

Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.                                                     Case No: 2012 CA 002077 M _____

THE D.C. VETS. MED. CNT, ET AL
_____
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
BERNSTEIN MANAGEMENT CORP.
_____
1300 Massachusetts Avenue, NW
_____
Suite 607
_____
WASHINGTON, DC 20005
_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must *sign* and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 2012 .

APR 1 0 2012

_____
*Signature*

_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address): _____

_____

_____

_____

_____

*Signature*                           *Relationship to Defendant/Authority   Date of Signature*
                                      *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828        如需翻译 请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828        ・・ (202) 879-4828 / ・.        번역을 원하시면, (202) 879-4828 로 전화주십시오



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.                                                      Case No: 2012 CA 002077 M _____

THE D.C. VETS. MED. CNT, ET AL
_____
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
DIAMOND MANAGEMENT
_____
GROUP, INC.
_____
7205 Hollywood Blvd, Suite 204
_____
LOS ANGELES, CA 90046
_____

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 2012 .

APR 1 0 20__

_____          _____
*Signature*                                                    *Date of Signature*

1

Para poder una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828          □□□□□ □□□□ □□□□□□ (202) 879-4828 □□□□□          번역을 원하시면, (202) 879-4828 로 전화주십시오

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address):  _____

_____

_____

_____

_____

_____

*Signature*        *Relationship to Defendant/Authority*    *Date of Signature*
*to Receive Service*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828

如需翻译, 请打电话 (202) 879-4828
: Ct : (202) 879-4828 ,

Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시오



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

MARCIA LORRAINE MADDEN
      *Plaintiff(s)*

    v.                                   Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
      *Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
PRESIDENTAL TOWERS
AKA  BEVERLY HILLS PROPERTIES
3100 West 3rd Street, Suite 331
LOS ANGELES, CA 90029

    The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

    Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

    You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

    If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

    If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) APR 1 0 2012 .

_____
*Signature*

                                         APR 1 0 2012
                                      _____
                                        *Date of Signature*

1

Para pedir una traducción, llame al (202) 879-4828     如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bản dịch, hãy gọi (202) 879-4828     ⵍⵉⵍⵍⵊ ⵊⵍⵍⵍ ⵍⵍⵍⵍⵍⵊ (202) 879-4828 ⵍⵍⵍ.ⵍ     번역을 원하시면, (202) 879-4828 로 전화주십시오

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address):

_____    _____    _____
*Signature*                  *Relationship to Defendant/Authority*   *Date of Signature*
                             *to Receive Service*



### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

MARCIA LORRAINE MADDEN
_____
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED  CNT, ET AL
_____
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
THE DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT
100 PENN SQUARE EAST
PHILADELPHIA, PA 19107

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 202 .

APR 1 0 202

_____
*Signature*

_____
*Date of Signature*

1

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____     _____   _____

*Signature*             *Relationship to Defendant/Authority*   *Date of Signature*
                                     *to Receive Service*

Para pedir una traduccion, llame al (202) 879-4828     如需翻译 请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828     (202) 879-4828     번역을 원하시면, (202) 879 4828 로 전화주십시요