

Form CA 1-B Final Notice and Acknowledgment for Service by Mail

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

FILED
RECEIVED BY MAIL
APR 2 4 2012
Superior Court
of the District of Columbia
Washington, D.C.

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CNT, ET AL
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
FULTON COUNTY
(CRIMINAL WARRANTS DIVISIONS)
185 Central Avenue
ATLANTA, GA 30303

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APR 1 1 2012 .

_____
*Signature*

APR 1 0 2012
_____
*Date of Signature*

1

Para pedir una traducción, llame al (202) 879-4828        如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828        ያማርኛ ትርጉም (202) 879-4828 ይደውሉ        번역을 원하시면, (202) 879-4828 로 전화주십시요

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) __Nwakaego Nkumeh__ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): __141 Pryor Street, Suite 4038__
__Atlanta, GA 30303__

_____          __Attorney_____          __4/19/12_____
*Signature*                          *Relationship to Defendant/Authority*   *Date of Signature*
                                     *to Receive Service*

2

Para pedir una traduccion, llame al (202) 879-4828      如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828               (202) 879-4828                       번역을 원하시면, (202) 879-4828 로 전화주십시요