

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

MARCIA CORDAUDE
MADDEN
*Plaintiff(s)*

v.

Case No: **0002077-12**

THE DISTRICT OF COLUMBIA VETERANS
MEDICAL *Defendant(s)*
CENTER, et al.

**NOTICE**

To (insert name and address of the party to be served):
DEROCO XCAY INCEMENT
GSCULD MACE
FACE (ASSLUCOS RCULCOALS HOCH
LE ANDERIN CA GOMIC

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date). _____

_____
*Signature*

FEB 6 2 2012
_____
*Date of Signature*

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER**

I (print name) Zachary G. Williams ____ received a copy of the summons, complaint and initial
order in the above captioned matter at (insert address). 2000 L Street NW Suite 450
Washington, DC 20036

_____
*Signature*

Attorney
*Relationship to Defendant/Authority to Receive Service*

04/30/12
*Date of Signature*

Pour prendre connaissance, Enase al (202) 879-4828   如有疑惑,请打电话(202) 879-4828   Veuiller appeler au (202) 879-4828 pour une traduction
Để có một bản dịch hãy gọi (202) 879-4828   ማስታወሻ፡ የtranslation አገልግሎት (202) 879-4828 ይደውሉ   번역을 원하시면, (202) 879-4828

0002077-12



**Tina N. Johnson**
tnj@carrmaloney.com
(202)310-5633

April 30, 2012

Clerk
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

      RE:   *Marcia L. Madden v. The District of Columbia Veterans Medical Center, et al*
              U.S.D.C. Case No.: 1:12-cv-00615
              <u>Our File No.: 26412DC002</u>

Dear Clerk:

    Please see the enclosed Acknowledgment of Receipt of Summons, Complaint, and Initial Order of Defendant Diamond Management Group in the above-referenced case. This case, originally filed in the Superior Court, was removed to the United States District Court for the District of Columbia on April 19, 2012.

                    Very truly yours,

                    Tina N. Johnson
                    Legal Assistant to Zachary G. Williams

Enclosure

cc:    Allan Platt
       Timothy Calvey
       Juan Chardiet

RECEIVED
Mail Room

**MAY - 2 2012**

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia