

Form CA 1-B Final Notice and Acknowledge for Service by Mail

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

12 - 615 (JBJ)

MARCIA LORRAINE MADDEN
*Plaintiff(s)*

v.

Case No: 2012 CA 002077 M

THE D.C. VETS. MED. CTR.
*Defendant(s)*

## FINAL NOTICE

**RECEIVED**
**JUN 2 0 2012**
Clerk, U.S. District and Bankruptcy Courts

To (insert name and address of the party to be served):
THE DEPARTMENT OF TRANSPORTATION
1200 NEW JERSEY AVE, S.E.
WASHINGTON, D.C. 20590

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on MARCH 9, 2012 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): APRIL 11, 2012.

_____
*Signature*

Apr. 10, 2012
_____
*Date of Signature*

1

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828    [Amharic] (202) 879-4828    번역을 원하시면, (202) 879-4828 로 전화주십시요

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____
_____
_____

_____ _____ _____
*Signature* *Relationship to Defendant/Authority* *Date of Signature*
*to Receive Service*

2

Para pedir una traducción, llame al (202) 879-4828        如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828        ⌐⌐⌐ . ⌐⌐⌐ ⌐⌐⌐⌐ (202) 879-4828 .⌐⌐        번역을 원하시면, (202) 879-4828 로 전화주십시요



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN *Plaintiff(s)*

v.

Case No: 0002077-12

THE DISTRICT OF COLUMBIA VETERANS MEDICAL CENTER, et al. *Defendant(s)*

**NOTICE**

To (insert name and address of the party to be served):

THE DEPARTMENT OF TRANSPORTATION
1200 NEW JERSEY AVE., SE
WASHINGTON, DC 20590

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 03 2012.

_____  _____
*Signature*                *Date of Signature* 03 09 2012

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____   _____              _____
*Signature*                *Relationship to Defendant/Authority*  *Date of Signature*
                           *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828
如需翻译,请打电话 (202) 879-4828
የトርጉም ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ
Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면

Case: 2012 CA 002077 M



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
Vs.
THE DISTRICT OF COLUMBIA VETERANS MEDICAL CENTER

C.A. No. 2012 CA 002077 M

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge MICHAEL L RANKIN
Date: March 2, 2012
Initial Conference: 9:00 am, Friday, June 01, 2012
Location: Courtroom 517
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

Caio.doc

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MARCIA LORRAINE MADDEN
142 Michigan Ave NE #11
Washington, DC 20017-1024 **Plaintiff**

0002077-12

CIVIL ACTION NO. _____

vs.

~~THE UNITED STATES FOR~~
THE DISTRICT OF COLUMBIA
Veterans Medical Center et. al.
50 Irving Ave NW
Washington DC 20017-1024 **Defendants**

FILED
CIVIL ACTIONS BRANCH
MAR 2 2012
Superior Court
of the District of Columbia

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

{COMPLAINT: ABUSES/ASSAULTS; INJUSTICES/REPRISALS; EMPLOYMENT DISCRIMINATIONS AND TERMINATIONS; SLANDER AND LIBEL; DEFAMATIONS; INVASION OF PRIVACY; MALPRACTICE; FALSE IMPRISONMENTS; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.
CLAIM FOR DAMAGES, INJURIES, Others} FEBRUARY 29, 20:

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 37,000,000. with interest and costs.

Phone: 202-518-0157 / 202-705-6630

DISTRICT OF COLUMBIA, SS

Marcia Lorraine Madden, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

_Marcia Lorraine Madden_
(Plaintiff / Agent)

Subscribed and sworn to before me this 2nd day of _____ 20 12.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

# Superior Court of the District of Columbia

## "Certificate of Service"

### Defendants

① District of Columbia Veterans Medical Center
   50 Irving Street NW, Washington D.C. 20422

② Orlando Veterans Medical Center
   5201 Raymond Street, Orlando FL 32803

③ Atlanta Veterans Medical Center
   1670 Clairmont Road, Decatur GA 30033

④ Primary & Extended Care Center - Queens
   179th Street & Linden Blvd, St. Albans N.Y. 11425

⑤ ~~NHCHS~~ New York Harbor Healthcare System @ Brooklyn Veterans Medical Center
   800 Poly Place, Brooklyn NY 11209

⑥ California *Veterans VA Regional Office, Medical Center, & *Housing — VASH
   1100 Wilshire Blvd, Los Angeles, CA 90024

*⑦ New York State Division of Human Rights @ Syracuse
   One Fordham Road, Bronx, NY 10458

⑧ New York District EEOC Office
   33 Whitehall Street, NY 10004

Case No. _____

8) New York District EEOC office
33 Whitehall St. New York, NY 10004

9) Atlanta District EEOC office
100 Alabama Ave, Atlanta GA 30303

10) Mountain Home Air Force Base Hospital & MEO Off
90 Hope Drive, Mountain Home Idaho 83648

11) Grady Health System (Grady Memorial Hospital / Human Resources Division / Legal Dept / Security Dept)
80 Jesse Hill Drive, Atlanta Georgia 30303

12) Atlanta Medical Center (Tenet Health)
303 Parkway Drive, NE Atlanta, GA 30312

13) Nursefinders (Emory University Hospital (employee))
2221 Peachtree Rd NE, Atlanta GA 30309

14) Supplemental Healthcare (North Fulton Hospital) (Northeast Georgia Medical Center)
4243 Dunwoody GA 30350

15) Northside Hospital
1000 Johnson Ferry Rd Atlanta GA 30342

16) Georgia Department of Labor
2211 Beaver Ruin Road Norcross GA 30071

17) Jaijbson Inc / Alpha Nursing Services
7717 Cleveland Ave. Atlanta GA 30311

18) Life Care Center of Lawrenceville
210 Collins Industrial Way

# Superior Court of the District of Columbia

25) Queens Hospital Center (New York Health System & Hospital Corporations).
82-68 164th Street, Jamaica Ave., NY 11432

26) SUNY Health Science Center At Syracuse
750 E. Adams Street, Syracuse, NY 13210.

27) Crouse ~~Irving~~ Memorial Hospital
736 Irving Ave., Syracuse NY 13210

28) Community General Hospital
4900 Broad Road, Syracuse, NY 13215

29) Benjamin Rush Center
650 South Salina St. Syracuse NY 13210

30) Lakeside Behavioral Health Care - Mental Health
1800 Mercy Dr., Orlando FL 32808

31) St. John's Episcopal Hospital, South Shore
327 Beach 19th Street, Far Rockaway, NY 11691

32) GWINNETT COUNTY POLICE DEPARTMENT
~~3215~~ 3125 Satellite Blvd, Duluth GA 30096

33) GWINNETT COUNTY DETENTION CENTER & Sheriff's Administration Building
2900 University Pkwy, Lawrenceville, GA

The Superior Court of the District of Columbia

2) The Department of Housing AND URBAN DEVELOPMENT ~~...~~

3) Presidential Towers aka Beverly Hills Properties
3100 West 3rd Street, Los Angeles CA 90029
#331

4) Diamond Management Group, Inc.
7205 Hollywood ~~...~~ Boulevard #204
W. Los Angeles, CA 90046

Bernstein Management Corporation
5) 1300 Massachusetts Avenue #607
NW.
Washington, DC. 90005

6) The Department of Housing and Urban Development
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107

**SUPERIOR COURT**
**OF THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

____ Addressee unknown
____ Addressee not at this location
____ Unable to locate
__X__ Insufficient Information
____ No longer at DOT Headquarters

7011 3500 0000 1799 0708

**CERTIFIED MAIL**



RETURN
BRANCH
JUN 12 2012
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.



UNITED STATES POSTAGE
$06.30
MAILED FROM ZIP CODE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits

1. Article Addressed to

THE DEPARTMENT OF TRANSPORTATION
1200 NEW JERSEY AVE. SE
WASHINGTON, DC
12CA2077

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below. ☐ No

THE DEPARTMENT OF TRANSPORTATION
1200 NEW JERSEY AVE SE
WASHINGTON, DC
12CA2077

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7011 3500 0000 1799 0708

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540