SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MARCIA LORRAINE MADDEN
142 Michigan Ave NE #11
Washington, DC 20017-1024
**Plaintiff**

vs.

CIVIL ACTION NO. 0002077-12

~~THE UNITED STATES FOR~~
~~THE DISTRICT OF COLUMBIA~~
Veterans Medical Center et. al.
50 Irving Ave NW
Washington DC 20017-1024
**Defendants**

RECEIVED
Civil Clerk's Office
MAR 02 2012
Superior Court of the
District of Columbia
Washington, D.C.

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

{COMPLAINT: ABUSES/ASSAULTS; INJUSTICES/REPRISALS; EMPLOYMENT DISCRIMINATIONS AND TERMINATIONS; SLANDER AND LIBEL; DEFAMATIONS; INVASION OF PRIVACY; MALPRACTICE; FALSE IMPRISONMENTS; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.
CLAIM FOR DAMAGES, INJURIES, Others} FEBRUARY 29, 2012

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 37,000,000. with interest and costs.

Phone: 202-518-0157 / 202-705-6630

DISTRICT OF COLUMBIA, ss

Marcia Lorraine Madden, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

_Marcia Lorraine Madden_
(Plaintiff) (Agent)

Subscribed and sworn to before me this 2nd day of March 2012.

(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

DEFENDANT'S EXHIBIT 1

# Superior Court of the District of Columbia

## "Certificate of Service"

## Defendants

① District of Columbia Veterans Medical Center
   50 Irving Street NW, Washington D.C. 20422

② Orlando Veterans Medical Center
   5201 Raymond Street, Orlando FL 32803

③ Atlanta Veterans Medical Center
   1670 Clairmont Road, Decatur GA 30033

④ Primary & Extended Care Center – Queens
   179th Street & Linden Blvd, St. Alban's N.Y. 11425

⑤ ~~NHHS~~ New York Harbor Healthcare System @ Brooklyn
   Veterans Medical Center
   800 Poly Place, Brooklyn NY 11209

⑥ California *VA Veterans Regional Office, Medical Center,
   & *Housing – VASH
   1100 Wilshire Blvd, Los Angeles, CA 90024

*⑦ New York State Division of Human Rights @ Syracuse
   One Fordham Road, Bronx, NY 10458

⑧ New York District EEOC Office

~~9) New York District EECC office~~
~~33 Whitehall St. New York, NY 10604~~

9) Atlanta District EEOC office
100 Alabama Ave, Atlanta GA 30303.

10) Mountain Home Air Force Base Hospital & MEO Office
90 Hope Drive, Mountain Home, Idaho 83648

11) Grady Health System (Grady Memorial Hospital/
Human Resources Division/Legal Dept./Security Dept,
80 Jesse Hill ~~Ave~~ Drive, Atlanta Georgia. 30303

12) Atlanta Medical Center (Tenet Health)
303 Parkway Drive, NE Atlanta, GA 30312

13) Nursefinders (Emory University Hospital (employee))
2221 Peachtree Rd. NE, Atlanta GA 30309

14) Supplemental Healthcare (North Fulton Hospital)
(Northeast Georgia Medical Center)
4243 Dunwoody GA 30350.

15) Northside Hospital
1000 Johnson Ferry Rd Atlanta GA 30341

16) Georgia Department of Labor
2211 Beaver Ruin Road Norcross GA 30071

17) Jajbson Inc./Alpha Nursing Services
7717 Cleveland Ave. Atlanta GA 30344

19) Laurel Baye Healthcare of Lake Lanier
2451 Peachtree Industrial Blvd, Buford GA 30518.

20) ALL Medical Personnel (Emory Children's Clinic and Elaine Clark Center)
1961 N. Druid Hills Road
, Georgia

21) Duluth Medical Services / Georgia Regional Hospital (Employees)
3883 Rogers Bridge Road, Duluth, GA 30096.
& 3498 Rogers Bridge Road, Duluth, GA 30096.

22) Joan Glancey Memorial Hospital (ER Patient)
3215 Mclure Bridge Road, Duluth, GA 30097

23) Georgia Regional Hospital - Acute Care/MH (ER Patient)
3073 Panthersville Road, Decatur, GA 30034

24) Pediatric Services of America
350 Technology Parkway, Norcross, GA 30092.

# Superior Court of the District of Columbia

25) Queens Hospital Center (New York Health System & Hospital Corporations)
82-68 164th Street, Jamaica Ave., NY 11432

26) SUNY Health Science Center At Syracuse
750 E Adams Street, Syracuse, NY 13210

27) Crouse ~~Irving~~ Memorial Hospital
736 Irving Ave., Syracuse NY 13210

28) Community General Hospital
4900 Broad Road, Syracuse, NY 13215

29) Benjamin Rush Center
650 South Salina St. Syracuse NY 13202

30) Lakeside Behavioral Healthcare - Mental Health
1800 Mercy Dr., Orlando FL 32808

31) St John's Episcopal Hospital, South Shore
327 Beach 19th Street, Far Rockaway, NY 11691

32) GWINNETT COUNTY POLICE DEPARTMENT
~~3215~~ 3125 Satellite Blvd, Duluth GA 30096

34) Fulton County Criminal Warrants Division (Magistrate Court)
160 Pryor Street St. Atlanta GA 30303
185 Central Avenue, Atlanta GA 30303

35) Fulton County Jail
901 Rice St. Atlanta, GA 30318

36) Orange County Courthouse
425 N. Orange Ave., Orlando FL 32801

37) The Department of Commerce
1615 H St. NW. Washington DC 20062

38) The Department of Transportation
1200 New Jersey Ave, SE Wash, DC. 20590.

✓ 39) Hollywood Movers / Hollywood Florida (OR) Fort Lauderdale MOVING COMPANY. [* ADDRESS UNKNOWN]

✓ ~~40) California Bus and Taxi Services~~ ∠See Dept of Transportation

✓ ~~41) District of Columbia Bus and Taxi Services~~ ∠See Dept. of Transportation

42) The Department of Energy (California &

# The Superior Court of the District of Columbia

2) The Department of Housing AND URBAN DEVELOPMENT ~~⬛⬛⬛⬛⬛⬛⬛⬛~~

3) Presidential Towers aka Beverly Hills Properties
3100 West 3rd Street, #331 Los Angeles CA 90029

4) Diamond Management Group, Inc.
7205 Hollywood ~~⬛⬛~~ Boulevard #204
W. Los Angeles, CA 90046

5) Bernstein Management Corporation
1300 Massachusetts Avenue #607 NW
Washington, D.C. 90005

6) The Department of Housing and Urban Development
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107